■ In the Matter of VINCENT R. DIPASQUALE, an Attorney. —Resignation accepted and name stricken from roll of attor-

neys. Present—Boomer, J. P., Pine, Balio, Lawton and Boehm, JJ.